UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH WHITEHOUSE and<br>SYLVIA WHITEHOUSE,<br><br>Plaintiffs<br><br>vs.<br><br>ACADIA INSURANCE COMPANY,<br><br>Defendant | Civil Action No.:_____<br><br><br><br>05-10939 MEL |

### DEFENDANT'S MOTION FOR ADMISSION OF
### LEONARD W. LANGER, ESQ., *PRO HAC VICE*

NOW COMES Plaintiff, Acadia Insurance Company, by and through its counsel, and respectfully moves this Honorable Court for entry of an Order admitting Leonard W. Langer, Esq. to practice before this Court *Pro Hac Vice* in all matters relating to the action styled *Joseph Whitehouse and Sylvia Whitehouse vs. Acadia Insurance Company.*. In support of this Motion, Plaintiff submits the Affidavit of Leonard W. Langer, Esq., in accordance with Local Rule 83.5.3(b).

Mr. Langer is an attorney at law presently admitted to practice and in good standing before the courts of the State of Maine, the United States District Court for the District of Maine, the United States Court of Appeals for the First Circuit, and the United States Supreme Court. There are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction. He is fully familiar with the facts and proceedings in this matter. He is of sound moral character and is fit to practice law before this Court, and is familiar with the rules of the United States District Court for the District of

Massachusetts. Accordingly, Plaintiff, by its counsel, respectfully requests that this Motion for Admission *Pro Hac Vice* be granted.

Dated: May 5, 2005.

ACADIA INSURANCE COMPANY

By its Counsel:

_____
Marshall J. Tinkle, Esq.
BBO #565513

Tompkins, Clough, Hirshon & Langer. P.A.
Three Canal Plaza
P.O. Box 15060
Portland, ME 04112-5060
(207)874-6700

## CERTIFICATE OF SERVICE

I, Marshall J. Tinkle, Esq., hereby certify that on May 5, 2005, I caused a true copy of the within DEFENDANT'S MOTION FOR ADMISSION OF LEONARD W. LANGER, ESQ. *PRO HAC VICE* to be mailed by First Class Mail, postage prepaid, to Thomas M. Glynn, Esq., 114 West Foster Street, Melrose, MA 02176, counsel for the Plaintiffs.

_____
Marshall J. Tinkle, Esq.