UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH WHITEHOUSE and SYLVIA WHITEHOUSE, <br><br>Plaintiffs<br><br>vs.<br><br>ACADIA INSURANCE COMPANY,<br><br>Defendant | Civil Action No.: _____<br><br><br>05-10939 MEL |

## CORPORATE DISCLOSURE STATEMENT
### Rule 7.1, F.R. Civ.P.

NOW COMES Defendant, Acadia Insurance Company, by and through its counsel, Tompkins, Clough, Hirshon & Langer, P.A., and pursuant to Rule 7.1, F.R.Civ.P. states that Acadia's ultimate parent company is W. R. Berkley Corporation, a publicly held corporation. Specifically, Acadia Insurance Company is wholly owned by Berkley Regional Insurance Company ("BRIC"); BRIC is wholly owned by Berkley Insurance Company ("BIC"); BIC is wholly owned by Signet Star Holdings, Inc. ("Signet"); and Signet is wholly owned by W. R. Berkley Corporation.

Dated: May 5, 2005

                                            Marshall J. Tinkle, Esq.   BBO 565513
                                            Counsel for Defendant,
                                            Acadia Insurance Company

Tompkins, Clough, Hirshon & Langer, P.A.
Three Canal Plaza
P.O. Box 15060
Portland, Maine 04112
207-874-6700

## CERTIFICATE OF SERVICE

I, Marshall J. Tinkle, Esq., hereby certify that on May 5, 2005, I caused a true copy of the within CORPORATE DISCLOSURE STATEMENT to be mailed by First Class Mail, postage prepaid, to William D. Chapman, Esq. and Stephen D. Eldridge, Esq. of the firm of Melick, Porter & Shea, LLP, 28 State Street, Boston, MA 02100, attorneys for Plaintiffs, Beverly Port Marina, Inc. and Leslie S. Ray Insurance Agency.

Marshall J. Tinkle, Esq.

TOMPKINS, CLOUGH, HIRSHON & LANGER, P.A.
Three Canal Plaza
P. O. Box 15060
Portland, ME 04112-5060
(207) 874-6700