UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOSEPH WHITEHOUSE and<br>SYLVIA WHITEHOUSE, | )<br>)<br>) | Civil Action No.: 05-cv-10939 MEL |
| Plaintiffs | )<br>) | |
| vs. | )<br>) | |
| ACADIA INSURANCE COMPANY, | )<br>) | |
| Defendant | )<br>) | |

**CERTIFICATION PURSUANT TO LOCAL RULE 16.1**

The undersigned hereby certify to the Court that they have conferred with regard to establishing a budget for the cost of conducting the litigation and the possible use of the District Court's Alternative Dispute Resolution programs.

The undersigned have also conferred with regard to the question of settlement.

DATED at Portland, Maine, this 12th day of June, 2007.

/s/   Leonard W. Langer, Esq.

/s/   Marshall J. Tinkle, Esq.
Bar No. 565513

Counsel for Defendant
Sylvia R. Fishing Corp.

Tompkins, Clough, Hirshon
   & Langer, P. A.
Three Canal Plaza
P. O. Box 15060
Portland, ME  04112-5060
   207-874-6700
lwlanger@tchl.com

2

/s/   Lisa M. Briggs, CPCU
Litigation Specialist
Acadia Insurance Company

(responsible for handling the claims asserted by Plaintiffs herein)

CERTIFICATE OF SERVICE

I, Leonard W. Langer, hereby certify that on June 12th, 2007, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send a notification of such filing(s) to the following Thomas M. Glynn, Esq., 114 West Foster St., Melrose, MA  02176, counsel for the Plaintiffs.

/s/   Leonard W. Langer, Esq.

Acadia/Whitehouse/Certificate of Compliance