UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH WHITEHOUSE, et al ) | |
|              Plaintiff, ) | CIVIL ACTION NO. |
| ) | 05-10939-MEL |
| v. ) | |
| ) | |
| ACADIA INSURANCE CO.   . ) | |
|              Defendant ) | |

ORDER OF RECUSAL

**LASKER, S.D.J.**

I hereby recuse myself from this case .

                                       MORRIS E. LASKER
                                       UNITED STATES DISTRICT JUDGE

                                       By the Court,

Dated   June 26, 2007                        /s/ George H. Howarth
Boston, Massachusetts                    Deputy Clerk