UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH WHITEHOUSE and ) <br> SYLVIA WHITEHOUSE, ) <br>               ) <br>          Plaintiffs ) <br>               ) <br>     vs.          ) <br>               ) <br> ACADIA INSURANCE COMPANY, ) <br>               ) <br>          Defendant ) <br>               ) | Civil Action No.: 05-cv-10939 RWZ |

**DEFENDANT'S MOTION TO
COMPEL ANSWERS TO INTERROGATORIES**

NOW COMES Defendant, Acadia Insurance Company, by and through its counsel, Tompkins, Clough, Hirshon & Langer, P.A. and pursuant to Rule 37(a), F.R. Civ. P., and Rule 37.1, Local Rules of the United States District Court for the District of Massachusetts, respectfully moves this Honorable Court to compel Plaintiffs, Joseph Whitehouse and Sylvia Whitehouse, to respond to Defendant's First Set of Interrogatories dated August 7, 2007.

In support of this Motion, Defendant relies on its accompanying Memorandum of Law.

Dated at Portland, Maine this 23rd day of October, 2007.

ACADIA INSURANCE COMPANY

By its Counsel:

/s/ Leonard W. Langer
Leonard W. Langer, Esq.

/s/ Marshall J. Tinkle
Marshall J. Tinkle, Esq.
BBO #565513

Tompkins, Clough, Hirshon  & Langer. P.A.
Three Canal Plaza
P.O. Box 15060
Portland, ME  04112-5060
Tel:   (207) 874-6700
Fax:   (207) 874-6705

## LOCAL RULE 37.1 CERTIFICATE OF SERVICE

The undersigned certifies that it has complied with the provision of Rule 37.1, Local Rules of the United States District Court for the District of Massachusetts, including the provisions regarding the discovery conference.

ACADIA INSURANCE COMPANY

By its Counsel:

/s/ Leonard W. Langer
Leonard W. Langer, Esq.

/s/ Marshall J. Tinkle
Marshall J. Tinkle, Esq.
BBO #565513

## CERTIFICATE OF SERVICE

I, LEONARD W. LANGER, Esq., hereby certify that on October 23rd, 2007, I caused a true copy of the within DEFENDANT'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES to be mailed by First Class Mail, postage prepaid, to Thomas M. Glynn, Esq., 114 West Foster Street, Melrose, MA  02176, counsel for the Plaintiffs.

By:/s/ Leonard W. Langer
Leonard W. Langer, Esq.