UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH WHITEHOUSE and SYLVIA WHITEHOUSE,<br><br>Plaintiffs<br><br>vs.<br><br>ACADIA INSURANCE COMPANY,<br><br>Defendant | Civil Action No.: 05-cv-10939 RWZ |

**PLAINTIFFS' MOTION FOR
ENLARGEMENT OF TIME**

Now come the plaintiffs and request an enlargement of time with which to conduct depositions. As reasons therefore, the plaintiffs state the following:

1. Plaintiffs served requests for production of documents and interrogatories to the defendant on August 24, 2007;

2. Plaintiffs have yet to receive a response on either set of discovery requests;

3. Plaintiffs await specifically the investigative report upon which the denial of the subject claim was based, and such documents are required before deposition;

4. I am scheduled for trial in Middlesex Superior Court on November 7, 2007 on the matter of Commonwealth v. Kairi Reid, 2006MICR1450 and on November 14, 2007 on the matter of Commonwealth v. Quang Nguyen, 2006MICR0093, which trial I expect to last at least one week, and I reasonably expect both matters to proceed to trial on the respective days.

WHEREFORE, the plaintiffs request an enlargement of time of 30 days from which time the discovery is complied with by the defendant.

Respectfully submitted,
Joseph Whitehouse and
Sylvia Whitehouse,
By their attorney,

Date: 11/2/07

Thomas M. Glynn
114 West Foster Street
Melrose, Massachusetts 02176
(781) 665-9955
BBO# 628733

## CERTIFICATE OF SERVICE

I, Thomas M. Glynn, hereby certify that on November 2, 2007, I caused a copy of the within document to be telefaxed to 207-874-6705, and mailed by first class mail, postage prepaid, to Leonard Langer, TOMPKINS, CLOUGH, HIRSHON & LANGER, P.A., Three Canal Plaza, P. O. Box 15060, Portland, ME 04112, (207) 874-6700 counsel for the Defendant.

Thomas M. Glynn