UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10939-RWZ

JOSEPH WHITEHOUSE, et al.

v.

ACADIA INSURANCE COMPANY

ORDER
November 16, 2007

ZOBEL, D.J.

On October 23, 2007, defendant filed related motions to compel answers to interrogatories and for an extension of time to take the deposition of plaintiff Joseph Whitehouse. The court granted additional time as requested but did not set a deadline for completing the deposition pending decision on the motion to compel. Now defendant has withdrawn the motion to compel, presumably because it has received the materials requested. Accordingly, defendant shall take the deposition of Joseph Whitehouse on or before December 7, 2007.

|   |   |
|---|---|
| November 16, 2007 | /s/Rya W. Zobel |
| DATE | RYA W. ZOBEL |
|  | UNITED STATES DISTRICT JUDGE |