## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOSEPH WHITEHOUSE and SYLVIA WHITEHOUSE, | ) ) ) | Civil Action No.: 05-cv-10939 RWZ |
| Plaintiffs | ) ) | |
| vs. | ) ) | |
| ACADIA INSURANCE COMPANY, | ) ) | |
| Defendant | ) ) | |

### NOTICE OF SETTLEMENT

NOW COMES Defendant Acadia Insurance Company, by and through its counsel, Tompkins Clough Hirshon & Langer P.A., and hereby notifies the court that the above captioned matter has been settled by the parties, who request thirty (30) days to complete the necessary closing documents and file a stipulation of dismissal, with prejudice and without costs.

Dated: February 15, 2008

                ACADIA INSURANCE COMPANY

                By its counsel:

                /s/   Leonard W. Langer, Esq.

                /s/   Marshall J. Tinkle, Esq.
                BBO # 565513

Tompkins, Clough, Hirshon
   & Langer, P. A.
Three Canal Plaza
P. O. Box 15060
Portland, ME  04112-5060
  207-874-6700
lwlanger@tchl.com

2

## CERTIFICATE OF SERVICE

      I, Leonard W. Langer, hereby certify that on February 15, 2008, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send a notification of such filing(s) to the following: None. I further certify that on February 15, 2008, I mailed a copy of the within document by first class mail, postage prepaid, to Thomas M. Glynn, Esq., 114 West Foster St., Melrose, MA 02176, counsel for the Plaintiffs.

      /s/   Leonard W. Langer, Esq.

Acadia/Whitehouse
Notice of Settlement
02/15/08