# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOSEPH WHITEHOUSE and | ) | Civil Action No.:  05-cv-10939 RWZ |
| SYLVIA WHITEHOUSE, | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ACADIA INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

## STIPULATION OF DISMISSAL

NOW COME the parties herein, by and through their undersigned counsel, and

pursuant to Rule 41(a), F.R.Civ.P., hereby stipulate to the dismissal of the within matter *With*

*Prejudice and Without Costs* to either party.

DATED: February 22, 2008.

PLAINTIFFS                                    DEFENDANT

JOSEPH WHITEHOUSE                 ACADIA INSURANCE COMPANY
SYVIA WHITEHOUSE

By their attorney                                By its attorneys

/s/   Thomas M. Glynn, Esq.              /s/   Leonard W. Langer, Esq.
BBO#  628733                                  Marshal J. Tinkle, Esq.
114 West Foster St.                            BBO# 565513
Melrose, MA  02176                          Tompkins, Clough, Hirshon & Langer, P.A.
781-665-9955                                    3 Canal Plaza
tglynn@aol.com                                 P.O. Box 15060
                                                       Portland, Maine 04112-5060
                                                       207-874-6700
                                                       lwlanger@tchl.com

Acadia/Whitehouse
Stip Dismissal